472

## KING v. STATE.
### No. 15625.

Court of Criminal Appeals of Texas.
Oct. 19, 1932.

Harold H. Young, of Dallas, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for unlawfully carrying a pistol, punishment being a fine of $100.

The indictment is regular. No statement of facts or bills of exception are found in the record. In that condition nothing is presented for review.

The judgment is affirmed.

## WILKERSON v. STATE.
### No. 15470.

Court of Criminal Appeals of Texas.
Oct. 19, 1932.

Joe Ellington, of Center, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for burglary; punishment being two years in the penitentiary. The record contains neither statement of facts nor bills

of exception. The indictment appears regular on its face.

Under these circumstances, nothing is presented for review, and the judgment will be affirmed.

## ALLEN v. STATE.
### No. 15511.

Court of Criminal Appeals of Texas.
Oct. 19, 1932.

McKinney, Henson & Thomason, of Huntsville, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for the sale of intoxicating liquor, punishment being assessed at one year in the penitentiary.

The record is before us without statement of facts or bills of exception. The indictment appears regular on its face. In such condition nothing is presented for review.

The judgment is affirmed.